# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

---

| | | | |
|---|---|---|---|
| **Case Title :** | Aleksandr Polishchuk | **Case No :** | 10−33857 − B − 13J |
| | | **Date :** | 8/3/10 |
| | | **Time :** | 09:31 |

**Matter :** [21] − Motion/Application for Relief from Stay [NLG−1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (rwis) Modified on 6/30/2010 (rwis).

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

---

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney − Amy Song
**Respondent(s) :**

---

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The automatic stay is modified, retroactively to May 26, 2010, as against the estate and the debtor pursuant to 11 U.S.C. § 362(d)(1) in order to permit movant to obtain possession of the real property located at 8344 Lonely Hill Way, Antelope, California 95843 (the "Property") in accordance with applicable non−bankruptcy law. The 10−day period specified in Fed. R. Bankr. P. 4001(a)(3) is not waived. Except as so ordered, the motion is denied.

Dated: August 05, 2010

Thomas C. Holman
United States Bankruptcy Judge